**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK NAVARRO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 21-cv-1820-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**<br><br>[Doc. No. 5] |

　　　On November 16, 2021, Plaintiff and Defendants American Scaffold Holdings, Inc. and International Marine and Industrial Applicators, LLC (collectively, "Defendants") filed a joint motion to extend the deadline for Defendants to respond to the Complaint. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Defendants must respond to the Complaint on or before the United States of America's deadline to respond pursuant to Federal Rule of Civil Procedure 12(a)(2), which is currently **December 28, 2021**. In the event the Court grants Defendant United States of America an extension of time to respond, Defendants' deadline shall be further extended commensurate with the United States of America's deadline. Further, any and all official proceedings of this Court which are based—either statutorily or by Local

Rule—upon the deadline for a party to file a responsive pleading to the Complaint shall be extended accordingly.

**IT IS SO ORDERED**.

Dated:  November 16, 2021

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge