1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK NAVARRO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 21-cv-1820-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 27] |

On August 9, 2022, all parties jointly moved for leave for Plaintiff to file a First Amended Complaint. *See* Doc. No. 27. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. The Court **DIRECTS** the Clerk of Court to file the First Amended Complaint, Doc. No. 27-1, as a separate entry on the docket as of August 3, 2022. All Defendants must respond to the First Amended Complaint on or before **September 9, 2022**.

　　　　**IT IS SO ORDERED**.

Dated: August 10, 2022

HON. MICHAEL M. ANELLO
United States District Judge